# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 14-17949-ELF

BARBARA ROBINSON

1818 SOUTH 31ST STREET

PHILADELPHIA, PA 19145

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  BARBARA ROBINSON

  1818 SOUTH 31ST STREET

  PHILADELPHIA, PA 19145

Counsel for debtor(s), by electronic notice only.

  JOHN L. MCCLAIN
  JOHN L MCCLAIN AND ASSOCIATES
  PO BOX 123
  NARBERTH, PA 19072-

Date: 7/17/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee