UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    BARBARA ROBINSON,    :    Chapter 13
:
Debtor    :    Bky. No. 14-17949 ELF

O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. A hearing is scheduled on **March 6, 2018 , at 1:00 p.m.**, in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA, at 1:00 p.m., to consider:

   *the Chapter 13 Trustee's Motion to Dismiss Case.*

2. If the Debtor fails to appear or otherwise contest the Motion, the Motion may be granted without further notice or hearing.

Date: **February 6, 2018**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

cc:    Barbara Robinson
       1818 South 31st Street
       Philadelphia, PA 19145