United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barbara Robinson  
       Debtor

Case No. 14-17949-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Feb 07, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.  
db         +Barbara Robinson,    1818 South 31st Street,    Philadelphia, PA 19145-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:  
        JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union  
         jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
        JOHN L. MCCLAIN    on behalf of Debtor Barbara Robinson aaamcclain@aol.com, edpabankcourt@aol.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                 TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      BARBARA ROBINSON,           :      Chapter 13
                                        :
            Debtor                      :      Bky. No. 14-17949  ELF

# O R D E R

AND NOW, it is hereby **ORDERED** that:

1. A hearing is scheduled on **March 6, 2018 , at 1:00 p.m.**, in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA, at 1:00 p.m., to consider:

    *the Chapter 13 Trustee's Motion to Dismiss Case.*

2. If the Debtor fails to appear or otherwise contest the Motion, the Motion may be granted without further notice or hearing.

Date: **February 6, 2018**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

cc:   Barbara Robinson
      1818 South 31st Street
      Philadelphia, PA 19145