United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barbara Robinson  
    Debtor

Case No. 14-17949-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Stacey | Page 1 of 2 | Date Rcvd: Jun 08, 2018 |
|---|---|---|---|
| | Form ID: 138NEW | Total Noticed: 28 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.

```
db             +Barbara Robinson,    1818 South 31st Street,    Philadelphia, PA 19145-1604
13398834      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court: Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
13398835       +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13398838       +Greater Grays Ferry Est. HOA,    118 Poplar Court,    Collegeville, PA 19426-3914
13398839       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13398840       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13427975       +MIDFIRST BANK,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13398841       +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
13398843       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13411293       +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13398845       +Pinnacle Credit Services, LLC,    c/o David J. Apothaker, Esq.,    520 Fellowship Road C306,
                 Mt. Laurel, NJ 08054-3410
13398847       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13398848       +Slomins, Inc.,    125 Lauman Lane,    Hicksville, NY 11801-6539
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:09:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:08:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2018 02:09:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2018 02:06:09     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13398836       +E-mail/Text: aleasure@autotrakk.com Jun 09 2018 02:10:32     Autotrakk Llc,
                 1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
13479096        E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:09:53     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13448534       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 09 2018 02:09:32     Cascade Capital, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13398837       +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 09 2018 02:10:18     Citadel Fcu,
                 520 Eagle View Blv,    Exton, PA 19341-1119
13448533        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 09 2018 02:09:32     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-
13398842       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 09 2018 02:08:34     PECO,
                 100 CONSTITUTION AVENUE,    2ND FLOOR,    UPPER DARBY, PA 19082-2230
13443637       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 09 2018 02:08:34     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13398844       +E-mail/Text: bankruptcy@philapark.org Jun 09 2018 02:10:26     Philadelphia Parking Authority,
                 3101 Market Street,    Philadelphia, PA 19104-2806
13451851        E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2018 02:05:49
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13398846       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 09 2018 02:05:50     Regional Acceptance Co,
                 304 Kellm Road,    Virginia Beach, VA 23462-2712
13428013        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 09 2018 02:05:50     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
                                                                                               TOTAL: 15
```

    ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Stacey               Page 2 of 2            Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOHN L. MCCLAIN    on behalf of Debtor Barbara  Robinson aaamcclain@aol.com, edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Barbara Robinson
        Debtor(s)

Bankruptcy No: 14−17949−elf
Chapter: 13

___

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/8/18