Certificate Number: 01401-PAE-DE-031446170

Bankruptcy Case Number: 14-17949



01401-PAE-DE-031446170

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 8, 2018, at 7:33 o'clock PM EDT, Barbara A Robinson completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 8, 2018          By:    /s/Jeremy  Lark

                                Name:  Jeremy  Lark

                                Title: FCC Manager