United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-17949-elf
Barbara Robinson                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey          Page 1 of 1          Date Rcvd: Aug 10, 2018
                           Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db            +Barbara Robinson,    1818 South 31st Street,    Philadelphia, PA 19145-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
          JASON BRETT SCHWARTZ   on behalf of Creditor   Philadelphia Federal Credit Union
           jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
          JOHN L. MCCLAIN   on behalf of Debtor Barbara  Robinson aaamcclain@aol.com,  edpabankcourt@aol.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO   on behalf of Creditor   MIDFIRST BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              : Chapter 13

Barbara Robinson                                    : Case No. 14−17949−elf
       Debtor(s)

## *ORDER*

AND NOW, this day , August 10, 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court